JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roy Davis Gash,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Stone Creek Villa Investors LLC, et al,<br><br>　　　　Defendant(s). | SACV 18-01907-JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: February 8, 2019

　　　　　　　　　　　　　　　　　　_/s/ James V. Selna_
　　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　　　United States District Judge